**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1585

JACK A. SCHWANER,

Plaintiff - Appellant,

versus

DEPARTMENT OF DEFENSE,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, District Judge. (CA-03-126-4)

Submitted: September 22, 2004      Decided: October 18, 2004

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jack A. Schwaner, Appellant Pro Se. Anita K. Henry, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jack A. Schwaner appeals the district court's order granting the Department of Defense's motion for summary judgment on Schwaner's civil action, which alleged that the Department improperly denied his requests for the names and military addresses of certain service personnel in violation of the Freedom of Information Act ("FOIA"). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Schwaner v. Dep't of Defense, CA-03-126-4 (E.D. Va. Apr. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED